IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE TRILLO ARAIZA,

      Petitioner,             No. CIV S-06-1419 MCE GGH P

    vs.

PEOPLE OF THE STATE OF
CALIFORNIA, et al.,

      Respondents.        <u>ORDER TO SHOW CAUSE</u>

                              /

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 30, 2006, respondent filed a motion to dismiss.  Petitioner has not filed an opposition to the motion.  Local Rule 78-230(m) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's August 30, 2006,  motion to dismiss should not be granted.

DATED:   11/2/06

                              /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

GGH:035 - arai1419.46

1