IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE TRILLO ARAIZA,

    Petitioner,                    No. CIV S-06-1419 MCE GGH P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Respondent.             ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 30, 2006, respondent filed a motion to dismiss. Petitioner failed to file an opposition. Accordingly, on November 3, 2006, the court ordered petitioner to show cause for his failure to oppose the motion.

        On December 20, 2006, petitioner filed a request for an extension of time to respond to the motion on grounds that he did not receive the motion.[1]

        Accordingly, IT IS HEREBY ORDERED that:

        1. The November 3, 2006, order to show cause is discharged;

---

[1] The court cannot locate a proof of service in respondent's motion.

1

1    2. Within ten days of the date of this order, respondent shall serve petitioner with
2 the motion to dismiss and file proof of service with the court;
3    3. Petitioner's response to the motion to dismiss is due within thirty days of the
4 date of this order.
5 DATED:  1/29/07                                    /s/ Gregory G. Hollows

6                                                                  GREGORY G. HOLLOWS
                                                                   UNITED STATES MAGISTRATE JUDGE
7
8 ar1419.ord

2