IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE TRILLO ARAIZA,

    Petitioner,                    No. CIV S-06-1419 MCE GGH P

    vs.

BEN CURRY, et al.,

    Respondent.               ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 30, 2006, respondent filed a motion to dismiss arguing that one of the four claims raised was not exhausted. Petitioner did not oppose the motion. Instead, on February 16, 2007, petitioner filed an amended petition omitting the unexhausted claim. Good cause appearing, the motion to dismiss is vacated.

        In Rhines v. Weber, 544 U.S. 269, 125 S. Ct. 1528 (2005), the Supreme Court held that a habeas petition may only be stayed for further exhaustion if the petitioner can show good cause for his failure to first exhaust his claims in state court. Petitioner is granted thirty days from the date of this order to file a motion to stay this action pending exhaustion of his unexhausted claim. If petitioner files a motion to stay, he must address the issue of good cause for his failure to previously exhaust this claim. If petitioner does not file a motion to stay,

respondent shall file an answer addressing the exhausted claims contained in the amended petition.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The August 30, 2006, motion to dismiss is vacated;

        2. Petitioner is granted thirty days from the date of this order to file a motion to stay; if petitioner does not file a motion to stay, respondent shall file a response addressing the exhausted claims contained in the amended petition within sixty days of the date of this order.

DATED: 2/28/07

                                                            /s/ Gregory G. Hollows

                                                            UNITED STATES MAGISTRATE JUDGE

ar1419.vac