IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE TRILLO ARAIZA,

    Petitioner,          No. CIV S-06-1419 MCE GGH P

   vs.

BEN CURRY, et al.,

    Respondents.         ORDER

_____/

        The California Department of Corrections and Rehabilitation informed the court that petitioner has paroled. Petitioner has not filed a notice of change of address with his new address.

        Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, petitioner shall show cause for his failure to file a notice of change of address; failure to comply with this order will result in a recommendation of dismissal of this action.

DATED: 05/14/08

                                                 /s/ Gregory G. Hollows
                                                 _____
                                                 UNITED STATES MAGISTRATE JUDGE

ar1419.osc

1